Dismissed and
Memorandum Opinion filed April 26, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00832-CV

____________

 

DANIEL LOPEZ GARCIA, Appellant

 

V.

 

ALDINE INDEPENDENT SCHOOL DISTRICT, Appellee

 



 

On Appeal from the 334th District Court

Harris County, Texas

Trial Court Cause No. 2006-77012

 

 

 



MEMORANDUM 
OPINION

            This is an appeal from a final judgment signed July 28, 2010. 
Appellant filed a motion to alter or amend the judgment on August 13, 2010, and
he filed a notice of appeal on August 25, 2010.  The clerk’s record was filed December
16, 2010, and supplemented on February 7, 2011.  The official court reporter
advised this court that no reporter’s record was made in this case. 
Appellant’s brief was due March 9, 2011, but it was not filed.  Appellant did
not file a request for an extension of time to file his brief.

            On March 31, 2011, this court issued an order stating that
unless appellant filed a brief, together with a motion reasonably explaining
why the brief was late, on or before April 15, 2011, the court would dismiss
the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).  No response was filed.

Accordingly, the appeal
is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices Anderson,
Brown, and Christopher.